**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Travis Clay Andersen,                                        Case No. 26-CV-2845 (JMB/LIB)

      Petitioner,

v.                                                                              **ORDER**

Lisa Stenseth, *MCF-RC Warden*, and Paul
Schnell, *MN DOC Commissioner*,

      Respondents.

---

Travis Clay Andersen, Rush City, MN, self-represented.

Lisa Lodin and Thomas R. Ragatz, Office of the Minnesota Attorney General, St. Paul, MN, for Respondents Lisa Stenseth and Paul Schnell.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois dated June 5, 2026. (Doc. No. 2.) The R&R recommends that Petitioner Travis Clay Andersen's habeas petition be denied and that no certificate of appealability be issued. (*See* Doc. No. 1.) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.     The R&R (Doc. No. 2) is ADOPTED.

2.     The Petition (Doc. No. 1) is DENIED.

3.      No certificate of appealability shall issue.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: June 22, 2026                                    /s/ Jeffrey M. Bryan
                                                        Judge Jeffrey M. Bryan
                                                        United States District Court